IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Kristina Klugar**

: CHAPTER 13
:
:
:
: CASE NO. 25-11345

Debtor
:
:

**CERTIFICATION OF NO PAYMENT ADVICES**
pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

I, Kristina Klugar, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

\_\_\_\_ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

\_\_\_\_ I have received no regular income other than disability income and child support payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

\_x\_\_ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment and/or sub-contract work from which I do not receive evidence of wages or a salary at fixed intervals.

\_\_\_\_ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

\_\_\_\_ I did not receive payment advices due to factors other than those listed above. I am unemployed

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Dated: 4/4/2025

Debtor