United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-11345-pmm |
| Kristina Klugar | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 23, 2025 | Form ID: 155 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kristina Klugar, 700 Elkins Ave Apt Aa1, Elkins Park, PA 19027-2308 |
| 14995117 | + | Absolute Credit Llc, 175 Exchange Street-suite 225, Bangor, ME 04401-7605 |
| 14995121 | | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 14995130 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14995140 | | Target NB, C/O Financial & Retail Services Mailstop, Minneapolis, MN 55440 |
| 14995142 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14995118 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 24 2025 00:31:36 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14995119 | | Email/Text: bncnotifications@pheaa.org | Sep 24 2025 00:32:00 | American Education Services, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14995120 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 24 2025 00:42:37 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15019060 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 24 2025 00:31:36 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15015702 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2025 00:42:39 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14995122 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 24 2025 00:32:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14995123 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 24 2025 00:31:26 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14995124 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2025 00:42:38 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14995128 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2025 00:42:27 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 14995125 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 24 2025 00:32:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14995126 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 24 2025 00:32:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15009622 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 24 2025 00:30:29 | JPMorgan Chase Bank, N.A., P.O. Box 15368, Wilmington DE 19850-5368 |
| 15009125 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 24 2025 00:32:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

| Recipient | Flag | Method | Date/Time | Address |
|---|---|---|---|---|
| 14995127 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 24 2025 00:42:30 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 15016777 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2025 00:32:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14995129 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 24 2025 00:32:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14995133 | ^ | MEBN | Sep 24 2025 00:22:59 | PGW, Legal - Bankruptcy Unit, 800 W. Montgomery Avenue Dept. 3rd Floor, Philadelphia, PA 19122-2806 |
| 14995131 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 24 2025 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14996479 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 24 2025 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14995132 | ^ | MEBN | Sep 24 2025 00:23:06 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14995134 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2025 00:42:52 | Syncb/Lord & Taylor, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14995135 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2025 00:32:07 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1259 |
| 14995136 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2025 00:31:22 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14995137 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2025 00:30:25 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14995139 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2025 00:31:35 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14995138 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2025 00:31:36 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 14995141 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 24 2025 00:32:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14995143 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 24 2025 00:42:48 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |
| 14995144 | ^ | MEBN | Sep 24 2025 00:22:41 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 23, 2025 | Form ID: 155 | Total Noticed: 35

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2025          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Kristina Klugar help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 155* (2/24)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Kristina Klugar<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25−11345−pmm<br><br>Chapter: 13 |

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 23, 2025
                                                                      For The Court

                                                                      Patricia M. Mayer
                                                                      Judge, United States Bankruptcy Court