# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Kristina Klugar,<br><br>       *Debtor*. | Chapter 13<br>Case No. 24-11345-PMM |

## Motion to Modify Plan After Confirmation

Debtor Kristina Klugar, through her attorney, hereby moves this Court as follows:

1. The Debtor filed a bankruptcy petition on April 4, 2025. The plan was confirmed on September 23, 2025. The plan is a pro-rata plan.

2. The IRS recently amended their claim post-confirmation, resulting in a slight increase in the priority unsecured and general unsecured portions of their claim.

3. The proposed modified plan reallocates part of the confirmed plan's budget under Section 2(e)(E) of the plan to cover the increased priority amount of the IRS claim under Section 2(e)(B) of the plan.

4. The Debtor requests that the Court enter an order approving the proposed modified plan filed at ECF No. 22 as the new confirmed plan.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: November 25, 2025

                CIBIK LAW, P.C.
                *Counsel for Debtor*

                By: /s/ Michael A. Cibik
                Michael A. Cibik (#23110)
                1500 Walnut Street, Suite 900
                Philadelphia, PA 19102
                215-735-1060
                mail@cibiklaw.com