## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Kristina Klugar, <br><br> *Debtor*. | Chapter 13 <br> Case No. 24-11345-PMM |

**Order Granting Debtors' Motion to Modify Chapter 13 Plan**

**AND NOW**, upon consideration of the Debtors' Motion to Modify Chapter 13 Plan filed as ECF No. 23 (the "Motion"), and after notice and hearing, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.
2. The modified plan filed as ECF No. 22 is **APPROVED**.


Date:

                                                                 Honorable Patricia M. Mayer
                                                                 U.S. Bankruptcy Judge