EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Kristina Klugar, | Chapter 13 |
| | Case No. 24-11345-PMM |
| *Debtor.* | |

### Order Granting Debtors' Motion to Modify Chapter 13 Plan

**AND NOW**, upon consideration of the Debtors' Motion to Modify Chapter 13 Plan filed as ECF No. 23 (the "Motion"), and after notice and hearing, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.
2. The modified plan filed as ECF No. 22 is **APPROVED**.

Date: 1/6/26

Honorable Patricia M. Mayer
U.S. Bankruptcy Judge